1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   ROBERT EDWIN MARTIN,              )     No. SACV 14-228-AHS(CW)
                                       )
13                    Petitioner,      )     JUDGMENT
            v.                         )
14                                     )
     JIM MacDONALD, Warden,            )
15   et. al.,                          )
                                       )
16                    Respondents.     )
     ──────────────────────────────   )
17

18       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19   dismissed without prejudice as successive.

20

21   DATED:  April 28, 2014            ALICEMARIE H. STOTLER

22                                     ─────────────────────────────
                                           Alicemarie H. Stotler
23                                     Senior United States District Judge

24

25

26

27

28